UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK A. STOKKE, BONNIE K. ) <br> STOKKE AND JANET STOKKE, ) <br> ) <br> Defendants. ) <br> ) | Case No.   10-cv-1352 |

## O R D E R  &  O P I N I O N

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Janet Stokke (Doc. 9).  On November 5, 2010, Plaintiff filed a Complaint seeking to foreclose a mortgage held by Defendants.  In its instant Motion, Plaintiff states that the mortgage held by Janet Stokke was released on November 8, 2010.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss a defendant by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment.

Plaintiff's Motion to Dismiss Defendant Janet Stokke is GRANTED, and Defendant Janet Stokke is DISMISSED from this action.  IT IS SO ORDERED.

Entered this 22nd day of November, 2010.

                                             s/ Joe B. McDade
                                         JOE BILLY McDADE
                                    United States Senior District Judge