# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 10-cv-1352<br>)<br>MARK A. STOKKE and BONNIE K. )<br>STOKKE, )<br>)<br>Defendants. ) | |

## O R D E R  &  O P I N I O N

Before the Court is Plaintiff United States' Motion to Stay these Proceedings Pending Defendant's Bankruptcy. (Doc. 19). The Motion suggests that a stay order has been entered by the Bankruptcy Court. Pursuant to Local Rule 16.1(D)(2), the parties are given 180 days to SHOW CAUSE as to why this case should not be dismissed if relief from the stay is not otherwise sought. IT IS SO ORDERED.

Entered this 23rd day of March, 2011.

                                                                         s/ Joe B. McDade
                                                                        JOE BILLY McDADE
                                         United States Senior District Judge