UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK A. STOKKE and BONNIE K. )<br>STOKKE )<br>)<br>Defendants. ) | Case No.   10-cv-1352 |

## O R D E R  &  O P I N I O N

This matter is before the Court on Plaintiff's Status Report, filed September 14, 2011. (Doc. 21). Default judgment of foreclosure was entered by the Court against Defendants on January 24, 2011. (Doc. 17). Plaintiff filed a Motion to Stay Proceedings Pending Defendants' Bankruptcy on March 22, 2011. (Doc. 20). On March 23, 2011, the Court temporarily stayed the case and ordered the parties to show cause within 180 days why this matter should not be dismissed due to the bankruptcy stay, under Local Rule 16.1(D)(2). (Doc. 20). Pursuant to this order, Plaintiff filed the instant status report, which indicates that a plan has been approved by the bankruptcy court, and that Defendants have made several payments to Plaintiff under the plan. (Doc. 21). Plaintiff requests a status hearing in six months "to further monitor payments before dismissing this case." (Doc. 21 at 1).

IT IS THEREFORE ORDERED THAT this matter will remained stayed for six months, and the Court will hold a status hearing on April 23, 2012 at 11:00 A.M.

in Courtroom D in Peoria, Illinois, at which the parties must show cause why this matter should not be dismissed.

Entered this <u>19th</u> day of September, 2011.

s/ Joe B. McDade<br>
JOE BILLY McDADE<br>
United States Senior District Judge